**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown

RECEIVED
FEB 20 2020
CHAMBERS OF KIMBA M. WOOD
U.S.D.J.-S.D.N.Y.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/20/20

February 19, 2020

**VIA ECF**
The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: **United States v. Nurriddin Witcher**
    **20 Cr. 116 (KMW)**

Dear Judge Wood:

I write with the consent of the Government to respectfully request that the Court modify Mr. Witcher's bail conditions. Specifically, I request that the Court extend the deadline to Thursday, February 27, 2020 for Mr. Witcher to secure one additional cosigner to the bond.

On February 14, 2020, Magistrate Judge Robert W. Lehrburger released Mr. Witcher on his own signature and imposed the following bail conditions, including: a $25,000 personal recognizance bond, cosigned by two financially responsible persons; travel restricted to SDNY/EDNY; surrender of all travel documents and no new applications; pretrial supervision as directed by Pretrial Services; home detention; and GPS monitoring. All remaining conditions were to be met by Thursday, February 20, 2020.

Since his release, Mr. Witcher has been compliant with his bail conditions. One cosigner has been approved to sign the bond. We respectfully ask for an additional week to schedule cosigner interviews with the Government and secure one additional cosigner to the bond. The Government consents to this request.

*Granted.*
*KMW*

Thank you for your consideration of this matter.

Respectfully submitted,

/s/
Ian Marcus Amelkin
Assistant Federal Defender
(212) 417-8733      2-20-20
SO ORDERED: N.Y., N.Y.

cc: AUSA Christy Slavik

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.