# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 26, 2020

**VIA ECF**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/28/20

Re:   **United States v. Nurriddin Witcher**
      20 Cr 116 (KMW)

Dear Judge Wood:

I write with the consent of the Government to request an adjournment of Witcher's status conference scheduled for Monday, June 1 for at least 60 days to allow the Young Adult Opportunity Program application program to run its course. Mr. Witcher is fully compliant with his bail conditions and is staying at home with his family. The defense waives Speedy Trial Act time until the next set date. Thank you for your consideration and please stay safe during this trying time.

*The conference is adjourned to Thursday, July 30, 2020 at 12:00 p.m.*

Yours Sincerely,

Ian H. Marcus Amelkin
Assistant Federal Defender
Federal Defenders of New York
Tel: (212) 417-8733

CC: Christy Slavik, AUSA (via ECF)

*Kimba M. Wood    5/28/20*

SO ORDERED