```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___7/16/20_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

              -against-

NURRIDDIN WITCHER,

              Defendant.
-----------------------------------------------------------X

20-CR-116 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    In an effort to reduce all parties' risk of exposure to COVID-19, the conference scheduled for Thursday, July 30, 2020, is adjourned to September 15, 2020, at 10:30 a.m.

Pursuant to Standing Order 20-MC-196, the running of speedy-trial time is suspended.

SO ORDERED.
Dated: New York, New York
       July 16, 2020

                                                  /s/ Kimba M. Wood /
                                                    KIMBA M. WOOD
                                          United States District Judge