UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x

UNITED STATES OF AMERICA

     -against

NURRIDDIN WITCHER,

               Defendant.
--------------------------------------------------------------------x

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 9/8/20

**ORDER**
20 CR 116 (KMW)

KIMBA M. WOOD, District Judge:

    The Court will hold a telephone conference, in the above-captioned case, on Tuesday,

September 15, 2020, at 10:30 a.m.

    To join the telephone conference, the parties should dial 888-363-4749, and enter access

code 1613818.

    SO ORDERED.

Dated: New York, New York
       September 8, 2020

                             _____
                                KIMBA M. WOOD
                    UNITED STATES DISTRICT JUDGE