# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/2020

October 6, 2020

**BY ECF**

The Honorable Judge Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

RE:  **United States v. Nurriddin Witcher**
     **20 Cr. 116 (KMW)**

Dear Judge Wood:

On the encouragement of Pretrial Services and on behalf of Mr. Nurriddin Witcher, I write to respectfully request that the Court modify Mr. Witcher's pretrial release conditions to eliminate the requirement of home detention and instead place Mr. Witcher on a curfew enforced by GPS monitoring. The curfew suggested by Pretrial is between 6 pm to 8 am EST, with Pretrial Services being able to modify his curfew for work purposes. The Government does not object to these conditions.

*KMW granted*

Mr. Witcher is in full compliance with the conditions of his release. He has also engaged with the Federal Defender social work team, and has been actively seeking employment. Mr. Witcher's Pretrial Services Officer Carlos Ramirez suggested this bail modification based upon Mr. Witcher's continued compliance.

Thank you for your attention to this matter.

SO ORDERED, N.Y., N.Y.  10/7/2020

/s/ Kimba M. Wood
**KIMBA M. WOOD**
**U.S.D.J.**

Respectfully submitted,

/s/ *[signature]*

Ian Marcus Amelkin, Esq.
Assistant Federal Defender
(212) 417-8733

cc:  AUSA Christy Slavik