UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

          -against                                              **ORDER**
                                                         20 CR 116 (KMW)

NURRIDDIN WITCHER,

                                   Defendant.
------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

      The Court will hold a teleconference in the above-captioned case on Thursday, January 14, 2021, at 11:00 a.m. To join the teleconference, the parties should dial 888-363-4749 and enter access code 1613818.

      SO ORDERED.

Dated: New York, New York
          January 6, 2021

                                                  /s/ Kimba M. Wood
                                                 KIMBA M. WOOD
                                     UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/21