# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/21

June 8, 2021

**BY ECF**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

RE:   **United States v. Nurriddin Witcher**
      20 Cr. 116 (KMW)

Dear Judge Wood:

I write to request that the Court modify Mr. Witcher's conditions of release to ⎫ Granted
remove the condition of a curfew enforced by electronic monitoring. Neither Pretrial ⎬
Services nor the Government object to this request. ⎭

Mr. Witcher is in full compliance with the conditions of his release. He has also engaged with the Federal Defender social work team, and is currently working. Mr. Witcher is dating a woman in Brooklyn while his mother lives in Mount Vernon. This modification will allow him to travel and stay freely between the two locations without requiring regular disturbance of Mr. Witcher's Pretrial Officer. Given his continued compliance with all conditions of release, GPS monitoring is no longer necessary to ensure the safety of the community or Mr. Witcher's presence in Court. Pretrial will continue to regularly monitor and assist Mr. Witcher, as it has throughout the pendency of this case.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ *[signature]*

Ian Marcus Amelkin, Esq.
Assistant Federal Defender
(212) 417-8733

cc:   AUSA Christy Slavik

**SO ORDERED:** N.Y., N.Y. 6/9/21

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.