U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/21

November 8, 2021

**MEMO ENDORSED**

**BY ECF**
The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Nurriddin Witcher*, 20 Cr. 116 (KMW)

Dear Judge Wood:

    The Government respectfully writes to request that the Court set a control date approximately 30 days from today's date in the above-captioned matter, and prospectively exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until the control date.

    The defendant filed a motion to dismiss the indictment on September 15, 2021 (the "Motion"), to which the Government responded on September 29, 2021. (*See* ECF Nos. 57, 59.) On October 6, 2021, the defendant submitted a reply brief by email.[1] Accordingly, the defendant's Motion was fully briefed, and therefore, "under advisement by the court" on October 6, 2021. *See* 18 U.S.C. §§ 3161(h)(1)(D), (H). Because more than 30 days are needed for proper decision on this complex Motion, the Government requests that time under the Speedy Trial Act be prospectively excluded until the control date set by the Court. The Government submits that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The defendant consents to the request.

*A control date for a conference is scheduled for January 12, 2022, at 12:00 p.m. Time is excluded, pursuant to 18 USC 3161(h)(1)(D),(H), through January 12, 2022.*

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Christy Slavik
Assistant United States Attorneys
(212) 637-1113

cc:   Counsel of Record (by ECF)

---

[1] The reply brief does not appear on ECF.

SO ORDERED: N.Y., N.Y. 11/10/21

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.