UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

-against-

NURRIDDIN WITCHER,

                          Defendant.
------------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/22

ORDER
20 CR 116 (KMW)

KIMBA M. WOOD, District Judge:

The Court will hold a remote conference in the above-captioned case on Wednesday, January 12, 2022, at 12:00 p.m.

Members of the press and public who wish to join the proceeding may dial 917-933-2166 and enter Conference ID 105472851, with their telephones on mute. Consistent with the standing orders of this court and the local rules, no recording or rebroadcasting of the proceeding is permitted.

SO ORDERED.

Dated: New York, New York
January 4, 2022

*/s/ Kimba M. Wood*
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE