UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/22
```

       -against-

**ORDER**
20 CR 116 (KMW)

NURRIDDIN WITCHER,

                    Defendant.
-----------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

      The conference scheduled for Wednesday, January 12, 2022, at 12:00 p.m. is moved to

10:30 a.m.  The dial-in information in the Court's January 4, 2022 Order remains the same.

      SO ORDERED.

Dated: New York, New York
      January 5, 2022

                           _Kimba M. Wood_
                             KIMBA M. WOOD
                    UNITED STATES DISTRICT JUDGE