```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
                                      :
UNITED STATES OF AMERICA              :
                                      :
     - v. -                           :   ORDER
                                      :
NURRIDDIN WITCHER,                    :
                                      :   S3 20 Cr. 116 (KMW)
              Defendant.              :
                                      :
- - - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/14/22

Defendant Nurriddin Witcher seeks to proceed with a change of plea proceeding via video or telephonic conference instead of a personal appearance in court. In view of the ongoing pandemic, video and telephonic conferencing has been employed by judges in the Southern District of New York on numerous occasions. This Court finds that any further delay in this proceeding would result in serious harm to the interests of justice. Proceeding by video or telephonic conference with a change of plea advances Mr. Witcher's case and furthers justice without undue delay. *See* § 15002(b)(2) of the Coronavirus Air, Relief, and Economic Security ("CARES") Act.

During the change of plea proceeding, the magistrate judge should allocute the defendant on his consent to proceed via video or telephonic conference as previously stated by his counsel.

SO ORDERED:

Dated: New York, New York
       March 14, 2022

*/s/ Kimba M. Wood*
THE HONORABLE KIMBA M. WOOD
United States District Judge
Southern District of New York