UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Nurriddin Witcher

　　　　　　　　　　　　　　　Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-CR-116   (KMW ) ( )

Defendant Nurriddin Witcher hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer

_X_   Guilty plea before the Magistrate Court

____/s/Nurriddin Witcher_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____/s/IMA_____
Defendant's Counsel's Signature

___Nurriddin Witcher_____
Print Defendant's Name

_____Ian Marcus Amelkin_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__3/14/2022_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge