UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/22
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       UNITED STATES OF AMERICA

              - v. -                      20 Cr. 116 (KMW)

       NURRIDDIN WITCHER,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER ACCEPTING THE PLEA ALLOCUTION
## BEFORE A UNITED STATES MAGISTRATE JUDGE

Wood, J.:

On March 14, 2022, United States Magistrate Judge Robert W. Lehrburger, presided over the plea allocution in the above captioned matter and reported and recommended that the named defendant's plea of guilty be accepted. The Court having reviewed the transcript of the allocution, the charging papers, and all other pertinent parts of the record, finds that the plea accords with the requirements of Rule 11 of the Federal Rules of Criminal Procedure. Accordingly, the Court adjudges the defendant guilty of the offense to which the guilty plea was offered. The Clerk is directed to enter the plea.

Dated:     New York, New York

              3/24_____, 2022

                             _____
                             HONORABLE KIMBA M. WOOD
                             UNITED STATES DISTRICT JUDGE
                             SOUTHERN DISTRICT OF NEW YORK