Case 1:20-cr-00116-KMW  Document 79  Filed 06/01/22  Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/1/22
```

-against

NURRIDDIN WITCHER,

Defendant.
-------------------------------------------------------------------x

**ORDER**
20 CR 116 (KMW)

KIMBA M. WOOD, District Judge:

Sentencing currently scheduled for June 14, 2022, is adjourned to June 29, 2022, at 3:00

p.m.

SO ORDERED.

Dated: New York, New York
May 31, 2022

Kimba M. Wood

KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE