**MEMORANDUM**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/22
```

TO:    Honorable Kimba M. Wood
         U.S. District Judge

FROM: Dayshawn C. Bostic
         U.S. Pretrial Services Officer

RE: Nurriddin Witcher
DOCKET #: 20-CR-116 (KMW)

The attached memorandum was prepared by Pretrial Services Officer:

| **Dayshawn C. Bostic** | 212-805-4307 |
|---|---|
| Name | Phone Number |

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[✓]    I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[ ]    My office will inform all parties concerned that I will conduct a Bail Review Hearing in

        Courtroom # _____ on _____ at _____ .
                            Date                Time

[ ]    So Ordered: _____*Kimba M. Wood*_____

[ ]    I request that a Bail Review Hearing be conducted by:

        [ ]    The presiding Magistrate Judge in courtroom # 5A.

        [ ]    The District Court Judge presiding in Part I.

        [ ]    _____ at his/her earliest convenience.
                      Judicial Officer