UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

          -against-

NURRIDDIN WITCHER,

                          Defendant.
-----------------------------------------------------------------x

**ORDER**
20 CR 116 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/22

KIMBA M. WOOD, District Judge:

The above-captioned defendant, USM # 87693-054, self-surrendered to the United States Marshals Service on July 11, 2022, to begin serving the sentence imposed by this Court on June 29, 2022.

The Court hereby VACATES the warrant signed on July 8, 2022.

SO ORDERED.

Dated: New York, New York
         July 11, 2022

                                            _____
                                                KIMBA M. WOOD
                                          UNITED STATES DISTRICT JUDGE